IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | MISC. ACTION NO. | |
| v. | ) | 2:16mc3764-MHT | |
| | ) | (WO) | |
| MAX CREDIT UNION, | ) | | |
| | ) | | |
| Garnishee, | ) | | |
| | ) | | |
| GARY C. LOVELADY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

ORDER

Upon consideration of the government's motion for entry of final disposition (doc. no. 12), it is ORDERED that:

(1) The motion is granted.

(2) Garnishee Max Credit Union shall withhold from defendant Gary C. Lovelady's account the amount of $14.91 and shall promptly forward the identified nonexempt funds to the Clerk of the Court, One Church Street Suite B-110, Montgomery, AL 36104.

(3) The clerk of court shall apply these funds to the restitution balance owed by defendant Gary C. Lovelady.

This case is closed.

DONE, this the 4th day of January, 2017.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**